**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | | |
|---|---|---|
| **I3 TRIPLE CROWN HOLDINGS LLC,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | Case No. <u>**5:19-cv-0057-JMH**</u> |
| | ) | *Filed Electronically* |
| | ) | |
| | ) | |
| **LOWE'S HOME CENTERS, LLC** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

<u>**I3 TRIPLE CROWN HOLDINGS, LLC'S RESPONSE IN OPPOSITION TO**</u>
<u>**DEFENDANT'S MOTION TO DISMISS OR STAY PENDING ARBITRATION**</u>

Comes Plaintiff, I3 Triple Crown Holdings, LLC ("Triple Crown"), by and through counsel, and in opposition to the Motion to Dismiss or Stay Pending Arbitration filed by Defendant, Lowe's Home Centers, LLC ("Defendant"), responds as follows:

**<u>STATEMENT OF FACTS</u>**

This case is about the inducements, promises, and representations made by Defendant to Triple Crown to enter into a series of Services Solution Installed Sales Contracts for the demolition of and repair to balconies on apartment units owned by Triple Crown, and Defendant's tortious and unworkmanlike performance under the contracts, resulting in damage and delays to Triple Crown. In support of Triple Crown's action remaining before this Court, the Affidavit of Yufang Pang, manager of Triple Crown, is attached hereto and made a part hereof as <u>**Exhibit 1**</u>, and states as follows:

1.     Ms. Pang, as manager of Triple Crown, "was involved in all transactions, discussions and negotiations with Lowe's Home Centers, LLC, which relate to, involve, and/or

1

concern the contracts, work, and matters that are the subject of this litigation." (Exhibit 1.)

2.      "[A]t no time was [Ms. Pang] provided, nor had any knowledge of, or received any section or provision of those contracts entitled 'Arbitration Agreement, Waiver of Jury Trial, and Waiver of Class Action Adjudication' nor Terms and Conditions beyond the first page of each such contract[.]" (Exhibit 1.)

3.      Ms. Pang "was not given the opportunity to negotiate the arbitration provision or the 'Terms and Conditions' or the contracts with Lowe's Home Centers, LLC before signing any of the Services Solutions Installed Sales Contracts[.]" (Exhibit 1.)

4.      In support of the fact that Ms. Pang was only provided with the signature page of each contract, Ms. Pang attaches all relevant emails in her possession regarding a number of the contracts at issue, in which Defendant attached only the signature page and no further Terms and Conditions. (Exhibit 1-A.)[1]

Each of the arbitration provisions supplied by Defendant and relied upon to compel arbitration appears on the third page of each Services Solutions Installed Sales Contract. Because Triple Crown was never provided with the third page of any such contract and was in fact only provided with the first page of every such contract, Triple Crown never saw or agreed to the arbitration agreement or any "Terms and Conditions" beyond the first page. Triple Crown is therefore entitled to a determination that the arbitration provisions relied upon by Defendant are not binding on Triple Crown and that Triple Crown is entitled to proceed before this Court.

## ARGUMENT

### I. Standard

Within the Sixth Circuit, when a party filed a motion to compel arbitration, the first issue

---

[1] The email correspondence has been redacted in part as protected attorney-client privileged communications.

before the Court is whether the parties agreed to arbitrate the dispute at issue. *Great Earth Cos., Inc. v. Simons*, 288 F.3d 878, 889 (6th Cir. 2002). Before compelling an unwilling party to arbitrate, "[a] court must engage in a limited review to determine whether a valid agreement to arbitrate exists between the parties, and that the specific dispute falls within the substantive scope of that agreement." *Bratt Enterprises, Inc. v. Noble Int'l. Ltd.*, 338 F.3d 609, 612 (6th Cir. 2003). Importantly, "a party cannot be required to submit to arbitration any dispute that the party has not agreed to so submit." *Id.*

## II.  Defendant's Arbitration Provisions are Unenforceable as Procedurally Unconscionable

The arbitration provisions relief upon by Defendant are unenforceable because they are procedurally unconscionable. As set forth in the Affidavit of Yufang Pang, Defendant did not provide Triple Crown with the entire agreements to sign. Triple Crown was not provided with copies of the agreement and did not have the opportunity to negotiate any of the "Terms and Conditions" appearing on the boilerplate of the agreements. As such, the surrounding circumstances of these one-sided arbitration provisions demonstrate that they are procedurally unconscionable and should therefore not be enforced.

Under the Federal Arbitration Act ("FAA"), 9 U.S.C.A. § 1 *et seq.*, "agreements to submit controversies to arbitration may be declared unenforceable upon such grounds as exist at law or in equity for the revocation of any contract." *Arnold v. Owensboro Health Facilities, L.P.*, 201 WL 502061, *4 (W.D. Ky. Feb. 8, 2016) (internal quotations omitted). Unconscionability "is one of the grounds upon which any contract may be revoked." *Id.* (citing *AT&T Mobility LLC v.*

*Concepcion*, 563 U.S. 333, 341-42 (2011)). Under Kentucky law,[2] the doctrine of unconscionability is to be "directed against one-sided, oppressive and unfairly surprising contracts, and not against the consequences *per se* of uneven bargaining power or even a simple old-fashioned bad bargain." *Schnuerle v. Insight Communications Co., L.P.*, 376 S.W.3d 561, 575 (Ky. 2012). This includes procedural unconscionability, "referring to the process by which the contract is reached." *GGNSC Louisville Hillcreek, LLC v. Warner*, 2013 WL 6796421, *8 (W.D. Ky. Dec. 19, 2013). In addition, "[f]actors relevant to the procedural unconscionability inquiry include the bargaining power of the parties, the conspicuousness and comprehensibility of the contract language, the oppressiveness of the terms, and the presence or absence of a meaningful choice." *Schnuerle*, 376 S.W.3d at 576 (internal citations omitted).

The circumstances surrounding the signing of the Services Solution Installed Sales Contracts render the arbitration provisions profoundly procedurally unconscionable such that they are unenforceable. The process by which the contracts were reached and the lack of Triple Crown's bargaining power, as well as the absence of a meaningful choice for Triple Crown, demonstrate procedurally unconscionability of the arbitration provisions. Specifically, as set forth above, Triple Crown was not given the entire agreement to read, nor provided with a copy of the entire agreement, much less permitted to negotiate the "Terms and Conditions" of the agreement with Defendant. Because Triple Crown was never given the opportunity to read the "Terms and Conditions" – including the arbitration provisions thereunder -- of the Services Solutions Installed

---

[2] To the extent that Defendant intends to claim that North Carolina law controls the interpretation of the Arbitration Provision, North Carolina courts also refuse to enforce unconscionable contracts. *See Tillman v. Commercial Credit Loans, Inc.*, 655 S.E.2d 362 (N.C. 2008). Likewise, procedural unconscionability under North Carolina law "involves bargaining naughtiness in the form of unfair surprise, lack of meaningful choice, and an inequality of bargaining power," all of which are present in the instant case. *Id.* (internal citations omitted). In addition, North Carolina courts note that class action waivers in arbitration clauses, such as the arbitration clause relied upon by Defendant, may be substantively unconscionable, because such prohibitions contribute to the one-sidedness of the arbitration clause. *Id.* Thus, assuming *arguendo* that North Carolina law applies to the interpretation of the arbitration provisions, the result is the same: Defendant's arbitration provisions are unconscionable and unenforceable.

Sales Contracts before signing, Triple Crown is entitled to a determination that the arbitration provisions relied upon by Defendant are not binding on Triple Crown. Moreover, without giving Triple Crown the opportunity to negotiate or draft any of the terms within the Services Solutions Installed Sales Contracts, the contracts with Defendant are contracts of adhesion, one-sided in favor of Defendant as the drafter. *See Schnuerle*, 376 S.W.3d at 576 (adhesion contracts are "subject to abuse"); *Bruszewski v. Motley Rice, LLC*, 2012 WL 6691643, at *4 (E.D. Ky. Dec. 21, 2012) ("Kentucky courts apply heightened scrutiny where, as here, the parties involved are of unequal bargaining power.").

It squares with common sense that, in order to seek enforcement of the "Terms and Conditions" of the Services Solutions Installed Sales Contracts, including the arbitration provisions, Defendant must first have provided Triple crown with the "Terms and Conditions" prior to the execution of the Services Solutions Installed Sales Contracts. By failing to do so, Defendant failed to elicit Triple Crown's agreement to arbitrate disputes and cannot now use those "Terms and Conditions" against Triple Crown. As set forth above, "a party cannot be required to submit to arbitration any dispute that the party has not agreed to so submit." *Bratt Enterprises, Inc.*, 338 F.3d at 609, 612. Accordingly, because Defendant's arbitration provisions are so grossly procedurally unconscionable, they should be stricken in their entirety.

<u>**CONCLUSION**</u>

Based on the foregoing, Defendant, Lowe's Home Centers, LLC, has failed to show the existence of an enforceable arbitration provision as to Plaintiff I3 Triple Crown Holdings LLC's claims, due to the procedural unconscionability of the arbitration provisions relied upon by Defendant, Lowe's Home Centers, LLC. Plaintiff, I3 Triple Crown Holdings LLC respectfully requests that the Court deny Defendant Lowe's Home Centers, LLC's Motion to Dismiss or Stay

Pending Arbitration and permit this matter to proceed before this Court.

Respectfully submitted,

/s/ Robert E. Maclin, III
Robert E. Maclin, III, Esq.
Elizabeth C. Barrera, Esq.
McBRAYER PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 231-8780
Facsimile: (859) 231-1175
remaclin@mcbrayerfirm.com
ebarrera@mcbrayerfirm.com
*Counsel for Plaintiff, I3 Triple Crown Holdings,*
*LLC*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was filed electronically via CM/ECF on this 19th day of March, 2019, which will send notice to the following counsel of record:

Laura L. Mays, Esq.
STEPTOE & JOHNSON PLLC
2525 Harrodsburg Road, suite 300
Lexington, Kentucky 40504
Laura.mays@steptoe-johnson.com
*Counsel for Defendant, Lowe's Home*
*Centers, LLC*

/s/ Robert E. Maclin, III
*Counsel for Plaintiff, I3 Triple Crown Holdings,*
*LLC*

Response in Opposition to Arbitration (Triple Crown) 4846-5429-2361 v.1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

I3 TRIPLE CROWN HOLDINGS LLC,        )
                                     )
                  Plaintiff          )
                                     )
v.                                   )        Case No. <u>5:19-cv-0057-JMH</u>
                                     )        *Filed Electronically*
                                     )
                                     )
LOWE'S HOME CENTERS, LLC             )
                                     )
                  Defendant          )
                                     )

### <u>AFFIDAVIT OF YUFANG PANG</u>

The Affiant, Yufang Pang, being first duly sworn, states as follows:

1.      I am manager of I3 Triple Crown Manager LLC and am authorized to make this Affidavit on behalf of I3 Triple Crown Holdings LLC.

2.      I have personal knowledge of the facts set forth herein.

3.      I, solely and exclusively, on behalf of I3 Triple Crown Holdings LLC, was involved in all transactions, discussions and negotiations with Lowe's Home Centers, LLC, which relate to, involve, and/or concern the contracts, work, and matters that are the subject of this litigation.

4.      As to the Services Solutions Installed Sales Contracts between I3 Triple Crown Holdings LLC and Lowe's Home Centers, LLC, for the demolition and replacement of balconies on sixty-seven apartment units located at 3550 Pimlico Parkway, Lexington, Kentucky, and for repair of and to the balconies on ninety apartment units located at 3501 Pimlico Parkway, Lexington, Kentucky, which are involved in this litigation, at no time was I provided, nor had any knowledge of, or received any section or provision of those contracts entitled "Arbitration Agreement, Waiver of Jury Trial, and Waiver of Class Action Adjudication" nor Terms and

1

**Exhibit 1**

Conditions beyond the first page of each such contract, as shown, without limitation, by the email correspondence in my possession attached hereto and made a part hereof as **Exhibit A**.

5.      I was not given the opportunity to negotiate the arbitration provision or the "Terms and Conditions" of the contracts with Lowe's Home Centers, LLC before signing any of the Services Solutions Installed Sales Contracts between I3 Triple Crown Holdings LLC and Lowe's Home Centers, LLC.

Further Affiant sayeth not this 18th day of March, 2019.


_____
Yufang Pang

Commonwealth of Kentucky )
                        ) SS
County of _____ )

The foregoing Affidavit was sworn and subscribed before me this 18th day of March, 2019, by Yufang Pang.

My Commission Expires: _9. 14. 19_

_____
Notary Public, State at Large

2



**From:** Chrisman, William - William <william.chrisman@store.lowes.com>
**Sent:** Tuesday, July 26, 2016 3:33 PM
**To:** Farrar Pang
**Subject:** 117 window contract

Farrah:

Please review, sign and return with payment .

Cal Chrisman
Project Specialist Exteriors
Lowes East Lexington
200 Old Todds Road
Lexington , Ky 40509
859-537-7334

Windows, Doors, Decks, Fence, Roof, Gutters, Trane HVAC, Generac Standby In-Home Generators and much more!

Begin forwarded message:

> **From:** <donotreply@lowes.com>
> **Date:** July 26, 2016 at 3:29:35 PM EDT
> **To:** <william.chrisman@store.lowes.com>
> **Subject: Scanned Document(s) Attached**

> Scanned Document(s) Attached

NOTICE: All information in and attached to the e-mails below may be proprietary, confidential, privileged and otherwise protected from improper or erroneous disclosure. If you are not the sender's intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this message. If you have erroneously received this

**Exhibit A**

communication, please notify the sender immediately by phone (704-758-1000) or by e-mail and destroy all copies of this message electronic, paper, or otherwise.

By transmitting documents via this email: Users, Customers, Suppliers and Vendors collectively acknowledge and agree the transmittal of information via email is voluntary, is offered as a convenience, and is not a secured method of communication; Not to transmit any payment information E.G. credit card, debit card, checking account, wire transfer information, passwords, or sensitive and personal information E.G. Driver's license, DOB, social security, or any other information the user wishes to remain confidential; To transmit only non-confidential information such as plans, pictures and drawings and to assume all risk and liability for and indemnify Lowe's from any claims, losses or damages that may arise from the transmittal of documents or including non-confidential information in the body of an email transmittal. Thank you.



**LOWE'S**

CONTRACT # 0939182

## SERVICES SOLUTIONS INSTALLED SALES CONTRACT

| LOWE'S AUTHORIZED REPRESENTATIVE | NUMBER |
|---|---|
| Cal Chrisman | 2023467 |

| CUSTOMER |
|---|
| Triple Crown at Tates Creek |

| STORE NO | STREET ADDRESS |
|---|---|
| 0507 | 200 Old Todds rd |

| STREET ADDRESS |
|---|
| 3501 Pimlico Parkway |

| CITY | STATE | ZIP |
|---|---|---|
| Lexington | KY | 40509 |

| CITY | STATE | ZIP |
|---|---|---|
| Lexington | KY | 40517 |

| TELEPHONE |
|---|
| 859-566-7780 |

| TELEPHONE |
|---|
| 859-620-8096 |

| DATE | LOWE'S CONTRACTOR LICENSE NUMBER |
|---|---|
| 7/26/16 | Woods Construction |

This is only a quote for the merchandise and services printed below. This becomes an agreement upon payment. Upon payment, the entire agreement, including the specifically completed pages of this document, the Terms and Conditions included with this document and any other addenda and attachments hereto, shall be referred to herein as this "Contract." PLEASE READ ALL TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE AND FOLLOWING PAGES BEFORE SIGNING.

| INSTALLATION STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|

Install 117 Reliabilt 3100, Single Hung White, Ultra LowE, energy star, no Grids, 1/2 screens, Factory foam wrap applied, w/ head expander, pella rubber membrane seal, foam insulation, Qtr round interior trim @ $233/window=27,261

Apartments A, B, C, D, E, F + G

Based on Armed Window Count

**NOTICE TO CUSTOMER – PRICE CALCULATIONS:** In order to properly perform the installation of certain Goods, the Contract Price may include more Goods than actually will be installed based on the measured square footage of the Project Area. As a result, the parties agree that the lump-sum Price stated in this Contract is calculated upon both the value of estimated square footage required to fulfill the Contract (including waste), which may exceed the actual square footage of the Project Area, and the labor which may be estimated based on the amount of Goods required to fulfill the Contract (including waste). By signing this Contract below, Customer acknowledges receipt of this notice and agrees and understands that the Price includes these costs which may not be refunded once the Installation Services are performed.

| Contract Total *applicable taxes included | # 27,261 |
|---|---|

**NOTICE TO CUSTOMER:** Federal law requires Lowe's to provide you with the pamphlet *Renovate Right*. By signing this Contract, Customer acknowledges having received a copy of this pamphlet before work began informing Customer of the potential risk of the lead hazard exposure from renovation activity to be performed in Customer's dwelling unit.

**NOTE: If rotted wood is discovered during installation additional charges will apply. You will be given a quote and a change order must be completed and signed by the customer for any additional charges.** _____ Customer must initial.
*Any work or material not specified is not included in this contract. Any changes or additions will be at an additional charge for the material and labor.

**PHOTO RELEASE:** Customer grants to Lowe's and Lowe's employees and independent contractors the right to take photographs of the Premises where Installation Services will be performed and all work performed at the Premises related to this Contract, and irrevocably grants to Lowe's all right, title and interest in and to the photographs for use in all markets and media, worldwide, in perpetuity. Customer authorizes Lowe's to copyright, use and publish the photographs in print and/or electronically, and agrees that Lowe's may use such photographs for any lawful purpose, including, but not limited to, marketing, advertising, publicity, illustration, training and Web content. By initialing here, Customer agrees to the foregoing _____ (Customer to initial to the left).

Work is to commence upon reasonable availability of Contractor and/or any special order or customer made Good(s) which is anticipated to be TBA _____ (fill in date). Estimated completion date is _TBA_ _____ (fill in date).
Said estimated substantial completion date is not of the essence. A statement of any contingencies that would materially change said estimated substantial completion date is as follows: _____ (if applicable, insert a statement of such contingencies)

This Contract provides that all claims by Customer or Lowe's will be resolved by BINDING ARBITRATION. Customer and Lowe's GIVE UP THE RIGHT TO GO TO COURT to enforce this Contract (EXCEPT for matters that may be taken to SMALL CLAIMS COURT). Lowe's and Customer's rights will be determined by a NEUTRAL ARBITRATOR and NOT a judge or jury. Lowe's and Customer are entitled to a FAIR HEARING, But the arbitration procedures are SIMPLER AND MORE LIMITED THAN RULES APPLICABLE IN COURT. Arbitrator decisions are as enforceable as any court order and are subject to VERY LIMITED REVIEW BY A COURT. FOR MORE DETAILS: Review the section titled ARBITRATION AGREEMENT, WAIVER OF JURY TRIAL AND WAIVER OF CLASS ACTION ADJUDICATION found in the Terms and Conditions of this Contract.

DO NOT SIGN THIS CONTRACT UNTIL COMPLETE AND YOU HAVE READ THE TERMS AND CONDITIONS CONTAINED ON ALL PAGES OF THIS CONTRACT. BY SIGNING BELOW, YOU ARE ACKNOWLEDGING THAT YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS SET FORTH ON ALL PAGES OF THIS CONTRACT. YOU ARE ENTITLED TO A COPY OF THIS CONTRACT AT THE TIME OF SIGNATURE.

WITNESS OUR HAND(S) AND SEAL(S) BELOW THIS _26_ DAY OF _July_ , _2016_ .

Lowe's Home Centers, LLC

_____
Owner

_____
Lowe's Authorized Representative

_____
Co-owner or Witness

Customer acknowledges receipt of a true copy of this contract which was completely filled in prior to Customer's execution hereof. You, the buyer, may



**From:** Chrisman, William - William <william.chrisman@store.lowes.com>
**Sent:** Monday, September 19, 2016 9:39 AM
**To:** Farrar Pang
**Subject:** Almond window/door switch out

Farrah:

Please review, sign and return .

Please advise when I can pick up check from Amber.

Cal Chrisman
Project Specialist Exteriors
Lowes East Lexington
200 Old Todds Road
Lexington , Ky 40509
859-537-7334

Windows, Doors, Decks, Fence, Roof, Gutters, Trane HVAC, Generac Standby In-Home Generators and much more!

Begin forwarded message:

> **From:** <DoNotReply@lowes.com>
> **Date:** September 19, 2016 at 9:37:00 AM EDT
> **To:** <william.chrisman@store.lowes.com>
> **Subject: Important Document(s) from Lowe's**
>
> Scanned Document(s) Attached

NOTICE: All information in and attached to the e-mails below may be proprietary, confidential, privileged and otherwise protected from improper or erroneous disclosure. If you are not the sender's intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this message. If you have erroneously received this communication, please notify the sender immediately by phone (704-758-1000) or by e-mail and destroy all copies of this message electronic, paper, or otherwise.

**By transmitting documents via this email: Users, Customers, Suppliers and Vendors collectively acknowledge and agree the transmittal of information via email is voluntary, is offered as a convenience, and is not a secured method of communication; Not to transmit any payment information E.G. credit card, debit card, checking account, wire transfer information, passwords, or sensitive and personal information E.G. Driver's license, DOB, social security, or any other information the user wishes to remain confidential; To transmit only non-confidential information such as plans, pictures and drawings and to assume all risk and liability for and indemnify Lowe's from any claims, losses or damages that may arise from the transmittal of documents or including non-confidential information in the body of an email transmittal. Thank you.**

**LOWE'S**

CONTRACT # 0901159

## SERVICES SOLUTIONS INSTALLED SALES CONTRACT

| LOWE'S AUTHORIZED REPRESENTATIVE | NUMBER | CUSTOMER | |
|---|---|---|---|
| Cal Chrisman | 2023407 | Triple Crown at Tates Creek | |
| STORE NO. 0507 | STREET ADDRESS 200 old Todds Rd. | STREET ADDRESS 3501 Pimlico Parkway | |
| CITY Lex | STATE Ky | ZIP 40509 | CITY Lex | STATE Ky | ZIP 405 |
| TELEPHONE (859) 266-7780 | | TELEPHONE (859) 620-8096 | |
| DATE 8/16/2016 | LOWE'S CONTRACTOR LICENSE NUMBER Woods Construction | | |

This is only a quote for the merchandise and services printed below. This becomes an agreement upon payment. Upon payment, the entire agreement, including the specifically completed pages of this document, the Terms and Conditions indicated with this document and any other addenda and attachments hereto, shall be referred to herein as this "Contract." PLEASE READ ALL TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE AND FOLLOWING PAGES BEFORE SIGNING.

| INSTALLATION STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|

Remove (63) Existing Windows @ #105.75/window = #6,662.25
Reinstall on Back of building (openings specified by Owner)
Install windows w/ standard laves procedure, Pella Tape on Sill
(Rubber Membrane), Foam Insulation, Quarter Round Int. Trim, 50 year caulk.

Remove (14) Existing Sliding Patio Doors @ #250.88/each = #3512.32
Reinstall on designated area by Home owner.
Flash threshold Aluminum Coil, Foam Insulation, 50 year Caulk
Int. Quarter Trim Molding on Inside & Caulk.

**NOTICE TO CUSTOMER – PRICE CALCULATIONS:** In order to properly perform the installation of certain Goods, the Contract Price may include more Goods than actually will be installed based on the estimated square-footage of the Project Area. As a result, the parties agree that the lump-sum Price stated in this Contract is calculated upon both the value of estimated Goods required to fulfill the Contract (excluding waste), which may exceed the actual square footage of the Project Area, and the labor which may be estimated based on the amount of Goods required to fulfill the Contract (including waste). By signing this Contract below, Customer acknowledges receipt of this notice and agrees and understands that the Price includes those costs which may not be refunded once the Installation Services are performed.

*Please advise when you can get check

Contract Total
*applicable taxes included    # 10,174.57

**NOTICE TO CUSTOMER:** Federal law requires Lowe's to provide you with the pamphlet *Renovate Right*. By signing this Contract, Customer acknowledges having received a copy of this pamphlet before work began informing Customer of the potential risk of the lead hazard exposure from renovation activity to be performed in Customer's dwelling unit.

**NOTE: If rotted wood is discovered during installation additional charges will apply. You will be given a quote and a change order must be completed and signed by the customer for any additional charges.** _____ Customer must initial.
*Any work or material not specified is not included in this contract. Any changes or additions will be at an additional charge for the material and labor.

**PHOTO RELEASE:** Customer grants to Lowe's and Lowe's employees and independent contractors the right to take photographs of the Premises where Installation Services will be performed and all work performed at the Premises related to this Contract, and irrevocably grants to Lowe's all right, title and interest in and to the photographs for use in all markets and media, worldwide, in perpetuity. Customer authorizes Lowe's to copyright, use and publish the photographs in print and/or electronically, and agrees that Lowe's may use such photographs for any lawful purpose, including, but not limited to, marketing, advertising, publicity, illustration, training and Web content. By initialing here, Customer agrees to the foregoing. _____ (Customer to initial to the left).

Work is to commence upon reasonable availability of Contractor and/or any special order or customer made Good(s) which is anticipated to be _____ TBA _____ [fill in date]. Estimated completion date is _____ TBA _____ [fill in date].
Said estimated substantial completion date is not of the essence. A statement of any contingencies that would materially change said estimated substantial completion date is as follows: _____
_____ (if applicable, insert a statement of such contingencies).

This Contract provides that all claims by Customer or Lowe's will be resolved by BINDING ARBITRATION. Customer and Lowe's GIVE UP THE RIGHT TO GO TO COURT to enforce this Contract (EXCEPT for matters that may be taken to SMALL CLAIMS COURT). Lowe's and Customer's rights will be determined by a NEUTRAL ARBITRATOR and NOT a Judge or Jury. Lowe's and Customer are entitled to a FAIR HEARING. But the arbitration procedures are SIMPLER AND MORE LIMITED THAN RULES APPLICABLE IN COURT. Arbitrator decisions are as enforceable as any court order and are subject to VERY LIMITED REVIEW BY A COURT. FOR MORE DETAILS: Review the section titled ARBITRATION AGREEMENT, WAIVER OF JURY TRIAL AND WAIVER OF CLASS ACTION ADJUDICATION found in the Terms and Conditions of this Contract.

DO NOT SIGN THIS CONTRACT UNTIL COMPLETE AND YOU HAVE READ THE TERMS AND CONDITIONS CONTAINED ON ALL PAGES OF THIS CONTRACT. BY SIGNING BELOW, YOU ARE ACKNOWLEDGING THAT YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS SET FORTH ON ALL PAGES OF THIS CONTRACT. YOU ARE ENTITLED TO A COPY OF THIS CONTRACT AT THE TIME OF SIGNATURE.

WITNESS OUR HAND(S) AND SEAL(S) BELOW THIS __14__ DAY OF __June__  __2016__

Lowe's Home Centers, LLC

X _____
Owner

_____
Lowe's Authorized Representative

X _____
Co-owner or Witness

Customer acknowledges receipt of a true copy of this contract which was completely filled in prior to Customer's execution hereof. You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. See the attached notice of cancellation form for an explanation of this right.



**From:** Chrisman, William - William <william.chrisman@store.lowes.com>
**Sent:** Monday, November 7, 2016 10:08 AM
**To:** Farrar Pang
**Subject:** Pimlico balcony contract

Farrah:

Please review, sign and return to me.

If your going to have check sent to triple please let me know so I can pick up.

Thanks for your patience on this.

Cal Chrisman
Project Specialist Exteriors
Lowes East Lexington
200 Old Todds Road
Lexington , Ky 40509
859-537-7334

Windows, Doors, Decks, Fence, Roof, Gutters, Trane HVAC, Generac Standby In-Home Generators and much more!

Begin forwarded message:

> **From:** "Lowes Document Scan" <LexPrin@Lowes.com>
> **To:** "Chrisman, William - William" <william.chrisman@store.lowes.com>
> **Subject: Important Document(s) from Lowe's**
>
> Scanned Document(s) Attached

1

NOTICE: All information in and attached to the e-mails below may be proprietary, confidential, privileged and otherwise protected from improper or erroneous disclosure. If you are not the sender's intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this message. If you have erroneously received this communication, please notify the sender immediately by phone (704-758-1000) or by e-mail and destroy all copies of this message electronic, paper, or otherwise.

**By transmitting documents via this email: Users, Customers, Suppliers and Vendors collectively acknowledge and agree the transmittal of information via email is voluntary, is offered as a convenience, and is not a secured method of communication; Not to transmit any payment information E.G. credit card, debit card, checking account, wire transfer information, passwords, or sensitive and personal information E.G. Driver's license, DOB, social security, or any other information the user wishes to remain confidential; To transmit only non-confidential information such as plans, pictures and drawings and to assume all risk and liability for and indemnify Lowe's from any claims, losses or damages that may arise from the transmittal of documents or including non-confidential information in the body of an email transmittal. Thank you.**



CONTRACT # 1057679

## SERVICES SOLUTIONS INSTALLED SALES CONTRACT

| LOWE'S AUTHORIZED REPRESENTATIVE | NUMBER |
|---|---|
| Cal Chrisman | 207 3407 |

| STORE NO | STREET ADDRESS |
|---|---|
| 0507 | 200 Old Todd Rd |

| CITY | STATE | ZIP |
|---|---|---|
| Lex. | Ky | 40579 |

| TELEPHONE |
|---|
| (859) 266- 7780 |

| DATE | LOWE'S CONTRACTOR LICENSE NUMBER |
|---|---|
| 11/7/2016 | Woods Construction |

| CUSTOMER |
|---|
| Triple Crown Apts |

| STREET ADDRESS |
|---|
| 3501   Pimlico Pkwy |

| CITY | STATE | ZIP |
|---|---|---|
| Lex. | Ky | |

| TELEPHONE |
|---|
| (859) 620- 8096   ✱ Farrah |

| | | | PANG |

| INSTALLATION STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|

Old job related debris to be thrown in Customer Paid Dumpster

Install Fiberon (White) Deck Railing (3) Post Anchored w/ Simpson Brackets per Engineer Bryan Johnson Design, Replace Deck Boards (2"x6"x10') Treated, Add 2"x6'x10' outer Band Board, Wrap outer Band Board, outer Joists (2) And (2) 2"x4" at Building Rail attachment point w/ "Z" Bend to minimize wrinkle — All work will meet City Code + Engineer Design 2'x6" Braces Added between Joists As per Design
✱ Owner to provide All Simpson Brackets

**NOTICE TO CUSTOMER – PRICE CALCULATIONS:** In order to properly perform the installation of certain Goods, the Contract Price may include more Goods than actually will be installed based on the measured square footage of the Project Area. As a result, the parties agree that the Lump-sum Price stated in this Contract is calculated upon both the value of estimated Goods required to fulfill the Contract (including waste, which may exceed the actual square footage of the Project Area, and the labor which may be estimated based on the amount of Goods required to fulfill the Contract (including waste). By signing this Contract below, Customer acknowledges receipt of this notice and agrees and understands that the Price includes these costs which may not be refunded once the Installation Services are performed.

(1) Dumpster will be needed (Invoiced Separately)
Engineer Cost/Permit Cost- Separate

| | |
|---|---|
| Contract Total *applicable taxes included | $100,068 ⁵² |

**NOTICE TO CUSTOMER:** Federal law requires Lowe's to provide you with the pamphlet *Renovate Right*. By signing this Contract, Customer acknowledges having received a copy of this pamphlet before work began informing Customer of the potential risk of the lead hazard exposure from renovation activity to be performed in Customer's dwelling unit.

**NOTE: If rotted wood is discovered during installation additional charges will apply. You will be given a quote and a change order must be completed and signed by the customer for any additional charges. _____ Customer must Initial.**
*Any size or material not specified in this contract. Any changes or additions will be at an additional charge for the material and labor.*

**PHOTO RELEASE:** Customer grants to Lowe's and Lowe's employees and independent contractors the right to take photographs of the Premises where Installation Services will be performed and all work performed at the Premises related to this Contract, and irrevocably grants to Lowe's all right, title and interest in and to the photographs for use in all markets and media, worldwide, in perpetuity. Customer authorizes Lowe's to copyright, use and publish the photographs in print and/or electronically, and agrees that Lowe's may use such photographs for any lawful purpose, including, but not limited to, marketing, advertising, publicity, illustration, training and Web content. By initialing here, Customer agrees to the foregoing _____ (Customer to initial to the left).

Work is to commence upon reasonable availability of Contractor and/or any special order or customer made Good(s) which is anticipated to be _____ (fill in date). Estimated completion date is _____ TBA _____ (fill in date). Said estimated substantial completion date is not of the essence. A statement of any contingencies that would materially change said estimated substantial completion date or as follows: Approx 3-3½ weeks to start pending product arrival & Receipt _____ (if applicable, insert a statement of such contingencies).

This Contract provides that all claims by Customer or Lowe's will be resolved by **BINDING ARBITRATION**. Customer and Lowe's **GIVE UP THE RIGHT TO GO TO COURT** to enforce this Contract (EXCEPT for matters that may be taken to SMALL CLAIMS COURT). Lowe's and Customer's rights will be determined by a NEUTRAL ARBITRATOR and **NOT** a judge or jury. Lowe's and Customer are entitled to a **FAIR HEARING**. But the arbitration procedures are **SIMPLER AND MORE LIMITED** THAN RULES APPLICABLE IN COURT. Arbitrator decisions are as enforceable as any court order and are subject to **VERY LIMITED REVIEW BY A COURT. FOR MORE DETAILS:** Review the section titled ARBITRATION AGREEMENT, WAIVER OF JURY TRIAL AND WAIVER OF CLASS ACTION ADJUDICATION found in the Terms and Conditions of this Contract.

DO NOT SIGN THIS CONTRACT UNTIL COMPLETE AND YOU HAVE READ THE TERMS AND CONDITIONS CONTAINED ON ALL PAGES OF THIS CONTRACT. BY SIGNING BELOW, YOU ARE ACKNOWLEDGING THAT YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS SET FORTH ON ALL PAGES OF THIS CONTRACT. YOU ARE ENTITLED TO A COPY OF THIS CONTRACT AT THE TIME OF SIGNATURE.

WITNESS OUR HAND(S) AND SEAL(S) BELOW THIS 7 DAY OF November 2016

Lowe's Home Centers, LLC

X_____
Owner

| | |
|---|---|
| Lowe's Authorized Representative | Co-owner or Witness |

Customer acknowledges receipt of a true copy of this contract which was completely filled in prior to Customer's execution hereof. You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. See the attached notice of cancellation form for an explanation of this right.

NOTICE OF RIGHT TO CANCEL

(enter date of transaction)

11/7/2016
(Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale, or you may if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your notice of cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram, to Lowes  East
[Name of seller]

at 200   Old   Todds Rd.   Lex. Ky 40509   NOT LATER
[Address of seller's place of business]

THAN MIDNIGHT OF _11/7/2016_   [Enter date 3 business days after transaction date above (or longer as required
(Date)   by applicable law); include Saturdays but not Sundays and Federal Holidays.]

I HEREBY CANCEL THIS TRANSACTION.

_____   _____
(Date)   (Buyer's Signature)

ACKNOWLEDGMENT OF RECEIPT OF DISCLOSURES AND CERTIFICATION

On this _7_ day of __November__ , _2016_ (year), each of you hereby acknowledges receipt of two (2) copies of the foregoing Notice of Right to Cancel; each of you who is a party to the Contract hereby acknowledges receipt of one (1) copy of the fully executed and dated Contract Number _105 7679_ .

X _____ (SEAL)

_____ (SEAL)

_____
(Witness)

NOTE: Each Customer who is a party to the Contract must sign above.

Item # 90993
Rev(12/13)

CUSTOMER COPY #1



**From:** Farrar Pang <farrar168@hotmail.com>
**Sent:** Friday, August 4, 2017 8:57 AM
**To:** Chrisman, Cal - William
**Subject:** RE: Buildings A-C

Here is the signed contract for A-C. Once you sign it, please email me back a copy with the Attachment A.

Thank you,

Farrar Pang
Cell: (859) 620-8096
Email: farrar168@hotmail.com

**From:** Chrisman, Cal - William
**Sent:** Friday, August 4, 2017 8:39 AM
**To:** Farrar Pang
**Subject:** Buildings A-C


Get Outlook for iOS
NOTICE: All information in and attached to the e-mails below may be proprietary, confidential, privileged and otherwise protected from improper or erroneous disclosure. If you are not the sender's intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this message. If you have erroneously received this communication, please notify the sender immediately by phone (704-758-1000) or by e-mail and destroy all copies of this message electronic, paper, or otherwise. By transmitting documents via this email: Users, Customers, Suppliers and Vendors collectively acknowledge and agree the transmittal of information via email is voluntary, is offered as a convenience, and is not a secured method of communication; Not to transmit any payment information E.G. credit card, debit card, checking account, wire transfer information, passwords, or sensitive and personal information E.G. Driver's license, DOB, social security, or any other information the user wishes to remain confidential; To transmit only non-confidential information such as plans, pictures and drawings and to assume all risk and liability for and indemnify Lowe's from any claims, losses or damages that may arise from the transmittal of documents or including non-

1

confidential information in the body of an email transmittal. Thank you. NOTICE: All information in and attached to the e-mails below may be proprietary, confidential, privileged and otherwise protected from improper or erroneous disclosure. If you are not the sender's intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this message. If you have erroneously received this communication, please notify the sender immediately by phone (704-758-1000) or by e-mail and destroy all copies of this message electronic, paper, or otherwise.

By transmitting documents via this email: Users, Customers, Suppliers and Vendors collectively acknowledge and agree the transmittal of information via email is voluntary, is offered as a convenience, and is not a secured method of communication; Not to transmit any payment information E.G. credit card, debit card, checking account, wire transfer information, passwords, or sensitive and personal information E.G. Driver's license, DOB, social security, or any other information the user wishes to remain confidential; To transmit only non-confidential information such as plans, pictures and drawings and to assume all risk and liability for and indemnify Lowe's from any claims, losses or damages that may arise from the transmittal of documents or including non-confidential information in the body of an email transmittal. Thank you.

**Lowe's**

CONTRACT # 0939030

## SERVICES SOLUTIONS INSTALLED SALES CONTRACT

| LOWE'S AUTHORIZED REPRESENTATIVE | NUMBER | CUSTOMER |
|---|---|---|
| Cal Chrisman | 2023407 | Farrar Pang / Triple Crown |

| STORE NO. | STREET ADDRESS |
|---|---|
| 0507 | 200 Old Todds Rd |

| CITY | STATE | ZIP |
|---|---|---|
| Lex | KY | 40509 |

STREET ADDRESS

| CITY | STATE | ZIP |
|---|---|---|

| TELEPHONE |
|---|
| (859) 266-7780 |

| TELEPHONE |
|---|
| (859) 620-8046 |

| DATE | LOWE'S CONTRACTOR LICENSE NUMBER |
|---|---|
| 8/3/17 | Bennett Construction |

CASH ☐  BANK CARD ☐  LOC ☐  REG CHARGE ☐

This is only a quote for the merchandise and services printed below. This becomes an agreement upon payment. Upon payment, the entire agreement, including the specifically completed pages of this document, the Terms and Conditions included with this document and any other addenda and attachments hereto, shall be referred to herein as this "Contract."
PLEASE READ ALL TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE AND FOLLOWING PAGES BEFORE SIGNING.

| INSTALLATION STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 3560 Pimlico | Lex | KY | 40509 |

* Remove and haul away all job related debris
* Buildings A, B & C Front & rear (24' total) *
Remove existing 4x10 wood balcony
construct new 4x10 balcony to engineered specifications
* See attachment *
install white Fibron railing
remove wall sheathing as needed, install wall
studs, 7/16 sheathing, install vapor wrap. Install
D4.5 tan siding, flash all outer beams in white (see previous page) for exact

**NOTICE TO CUSTOMER – PRICE CALCULATIONS:** In order to properly perform the installation of certain Goods, the Contract Price may include more Goods than actually will be installed based on the measured square footage of the Project Area. As a result, the parties agree that the lump-sum Price stated in this Contract is calculated upon both the value of estimated Goods required to fulfill the Contract (including waste), which may exceed the actual square footage of the Project Area, and the labor which may be estimated based on the amount of Goods required to fulfill the Contract (including waste). By signing this Contract below, Customer acknowledges receipt of this notice and agrees and understands that the Price includes these costs which may not be refunded once the Installation Services are performed.

** Does not include concrete, metal house wrap, concrete, or Simpson brackets * *

Contract Total  $ 44,464.44
*applicable taxes included  XX

**NOTICE TO CUSTOMER:** Federal law requires Lowe's to provide you with the pamphlet Renovate Right. By signing this Contract, Customer acknowledges having received a copy of this pamphlet before work began informing Customer of the potential risk of the lead hazard exposure from renovation activity to be performed in Customer's dwelling unit.

**NOTE: If rotted wood is discovered during installation** additional charges will apply. You will be given a quote and a change order must be completed and signed by the customer for any additional charges. _____ Customer must initial.
"Any work or material not specified is not included in this contract. Any changes or additions will be at an additional charge for the material and labor.

**PHOTO RELEASE:** Customer grants to Lowe's and Lowe's employees and independent contractors the right to take photographs of the Premises where Installation Services will be performed and all work performed at the Premises related to this Contract, and irrevocably grants to Lowe's all right, title and interest in and to the photographs for use in all markets and media, worldwide, in perpetuity. Customer authorizes Lowe's to copyright, use and publish the photographs in print and/or electronically, and agrees that Lowe's may use such photographs for any lawful purpose, including, but not limited to, marketing, advertising, publicity, illustration, training and Web content. By initialing here, Customer agrees to the foregoing. _____ [Customer to initial to the left]

Work is to commence upon reasonable availability of Contractor and/or any special order or customer made Good(s) which is anticipated to be _____ [fill in date]. Estimated completion date is _____ [fill in date].
Said estimated substantial completion date is not of the essence. A statement of any contingencies that would materially change said estimated substantial completion date is as follows: _____
_____ (if applicable, insert a statement of such contingencies).

This Contract provides that all claims by Customer or Lowe's will be resolved by BINDING ARBITRATION. Customer and Lowe's GIVE UP THE RIGHT TO GO TO COURT to enforce this Contract (EXCEPT for matters that may be taken to SMALL CLAIMS COURT). Lowe's and Customer's rights will be determined by a NEUTRAL ARBITRATOR and NOT a judge or jury. Lowe's and Customer are entitled to a FAIR HEARING. But the arbitration procedures are SIMPLER AND MORE LIMITED THAN RULES APPLICABLE IN COURT. Arbitrator decisions are as enforceable as any court order and are subject to VERY LIMITED REVIEW BY A COURT. FOR MORE DETAILS: Review the section titled ARBITRATION AGREEMENT, WAIVER OF JURY TRIAL AND WAIVER OF CLASS ACTION ADJUDICATION found in the Terms and Conditions of this Contract.

DO NOT SIGN THIS CONTRACT UNTIL COMPLETE AND YOU HAVE READ THE TERMS AND CONDITIONS CONTAINED ON ALL PAGES OF THIS CONTRACT. BY SIGNING BELOW, YOU ARE ACKNOWLEDGING THAT YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS SET FORTH ON ALL PAGES OF THIS CONTRACT. YOU ARE ENTITLED TO A COPY OF THIS CONTRACT AT THE TIME OF SIGNATURE.

WITNESS OUR HAND(S) AND SEAL(S) BELOW THIS ___4___ DAY OF __August__ 2017.

Lowe's Home Centers, LLC

_____
Lowe's Authorized Representative

_____
Owner

_____
Co-owner or Witness

Customer acknowledges receipt of a true copy of this contract which was completely filled in prior to Customer's execution hereof. You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. See the attached notice of cancellation form for an explanation of this right.